IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01178-ZLW-BNB

NEWMONT U.S.A. LIMITED, f/k/a NEWMONT MINING CORPORATION, and
N.I. LIMITED,

Plaintiffs,

v.

INSURANCE COMPANY OF NORTH AMERICA,

Defendant.
_____

**ORDER**
_____

This matter is before me on the **Defendant and Counterclaimant's Unopposed Motion to Vacate Scheduling Conference and Related Deadlines** [Doc. # 19, filed 8/3/2006] (the "Motion"). The Motion requests that I delay holding a scheduling conference until after a decision is made on the pending motion to compel arbitration. The district judge held a hearing on the motion to compel arbitration on July 25, 2006, and ordered further briefing on the issue. The courtroom minutes of that hearing state:

> **ORDERED:** Plaintiffs shall file a reply brief by August 3, 2006. By August 11, 2006, Defendant shall file a sur-reply brief or notify the Court that no sur-reply brief is necessary. The Court then will rule on the papers or notify counsel if a further hearing is necessary.
> \* \* \*
> Court will let Magistrate Judge Boland know that he may give the parties more time for discovery if requested.

*Courtroom Minutes* [Doc. # 18, filed 7/25/2006] at p.2.

The case file indicates that the district judge will rule promptly on the motion to compel arbitration. In addition, the minutes indicate that a slight adjustment of the schedule to allow a determination of the motion to compel arbitration is appropriate.

IT IS ORDERED that the Motion is GRANTED IN PART. The scheduling conference set for August 23, 2006, is VACATED, as are the related deadlines.

IT IS FURTHER ORDERED that the scheduling conference is reset to **October 27, 2006, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties shall prepare a proposed scheduling order and submit it to the court on or before **October 20, 2006**.

Dated August 4, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge