IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-01178-ZLW-BNB

NEWMONT U.S.A. LIMITED, f/k/a NEWMONT MINING CORPORATION, and
N.I. LIMITED,

    Plaintiffs and Counterclaim Defendants,

v.

INSURANCE COMPANY OF NORTH AMERICA,

    Defendant and Counterclaimant.

---

**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF ADDRESSING ARGUMENTS NEWLY RAISED IN INA'S SUR-REPLY**

---

    Newmont U.S.A. Limited, f/k/a Newmont Mining Corporation ("Newmont"), through its attorneys, seeks leave to file a succinct brief addressing issues of standing raised for the first time in Defendant and Counterclaimant's Sur-Reply in Support of its Motion to Stay and Compel Arbitration and in Opposition to Plaintiffs' and Counterclaim Defendants' Cross-motion (Dkt. #26) ("Sur-Reply")[1]. As grounds for this Motion, Newmont states:

    In its Sur-Reply, INA seeks <u>for the first time</u> to have Newmont dismissed as a party to this case. Sur-Reply at 1. According to INA, this extraordinary relief is warranted because Newmont lacks standing to sue because it has not suffered an "injury-in-fact" resulting from INA's breach of the Settlement Agreements between Newmont and INA. Sur-Reply at 10-12.

---

[1] Pursuant to D.C.COLO.LCivR 7.1A, Newmont's counsel has conferred with INA's counsel over the relief sought by this Motion. INA does not oppose the relief sought herein provided that INA's position articulated in an email received earlier today from INA's counsel, Andrew Ringel, be provided to the Court. A copy of the referenced email and related correspondence (in reverse-chronological order) is attached as Exhibit A.

INA's motion to dismiss Newmont's claims in the context of a sur-reply, rather than in a separate motion, is improper. See Maxfour Engineers and Architects, LLC v. ARB, Inc., 33 F.R.D. 602, 606 (D.Colo. 2006). Nonetheless, to assure the Court that it has jurisdiction over Newmont's claims, Newmont wishes to file a succinct brief addressing INA's new arguments and demonstrating that Newmont has properly alleged, and will otherwise be able to show, that it has suffered an "injury-in-fact" because of INA's breach of the Settlement Agreements between Newmont and INA. Taking into consideration the schedules of Newmont's counsel, Newmont believes it will be in a position to file such a brief on or before August 22, 2006.

Unless the requested leave is granted, Newmont will be deprived of an opportunity to address INA's attack on Newmont's standing. Accordingly, to avoid prejudice to Newmont, and for good cause shown, Newmont requests that it be granted through and including August 22, 2006, to file a reply to INA's Sur-Reply on the issue of standing raised in INA's Sur-Reply.

Wherefore, Newmont requests entry of an order granting Newmont through and including August 22, 2006, to submit a reply to INA's Sur-Reply on the issue of Newmont's standing.

Respectfully submitted this 14th day of August, 2006.

        TEMKIN WIELGA HARDT & LONGENECKER LLP

        By:    *s/ Nathan M. Longenecker*
            Nathan Longenecker
            Jason B. Robinson
            1900 Wazee Street, Suite 303
            Denver, CO  80202
            303-292-4922
            Fax: 303-292-4921
            longenecker@twhlaw.com
            robinson@twhlaw.com

        – and –

        TOFEL & PARTNERS, LLP

        Robert L. Tofel
        Mark A. Lopeman
        800 Third Avenue
        New York, NY 10022
        (212) 752-0007

*Attorneys for Plaintiffs, Newmont U.S.A., Limited and N.I. Limited*

-4-

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of August, 2006, a true copy of the foregoing **UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF ADDRESSING ARGUMENTS NEWLY RAISED IN INA'S SUR-REPLY** was served using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Andrew D. Ringel, Esq.
Gilliam Dale, Esq.
HALL & EVANS, L.L.C.
1125 17th Street, Suite 600
Denver, CO 80202-2052
303-628-3300
Fax: 303-293-3238
ringela@hallevans.com
daleg@hallevans.com

Matthew J. Lasky, Esq.
Lloyd A. Gura, Esq.
MOUND COTTON WOLLAN & GREENGRASS
One Battery Park Plaza
New York, NY 10004
212-804-4200
Fax: 212-344-8066
Mlasky@moundcotton.com
Lgura@moundcotton.com

*Attorneys for Defendant
and Counterclaimant*

_____s/ Eileen M. Fisk_____