IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-01178-ZLW-BNB

NEWMONT U.S.A. LIMITED, f/k/a NEWMONT MINING
CORPORATION, and
N.I. LIMITED,

      Plaintiffs and Counterclaim Defendants,

v.

INSURANCE COMPANY OF NORTH AMERICA,

      Defendant and Counterclaimant.

---

MINUTE ORDER

---

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Joan E. Boline, Judicial Assistant

Dated: August     18    , 2006

      The matter before the Court is Plaintiff Newmont U.S.A Limited, f/k/a Newmont Mining Corporation's (Newmont) Unopposed Motion For Leave To File Brief Addressing Arguments Newly Raised In INA's Sur-Reply.  The parties are advised that Defendant's request for dismissal of Newmont from this action in its sur-reply will not be entertained by the Court until it is made in a proper motion pursuant to D.C. COLO.LCivR 7.1C.  Plaintiff may file an additional brief addressing the issue of standing.  Accordingly, it is

      ORDERED that Newmont's Unopposed Motion For Leave To File Brief Addressing Arguments Newly Raised In INA's Sur-Reply (Doc. No. 27) is granted, and Newmont may file such a supplemental brief, not to exceed four pages, on or before August 25, 2006.