IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-01178-ZLW-BNB

NEWMONT U.S.A. LIMITED, f/k/a NEWMONT MINING
CORPORATION, and
N.I. LIMITED,

    Plaintiffs and Counterclaim Defendants,

v.

INSURANCE COMPANY OF NORTH AMERICA,

    Defendant and Counterclaimant.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Joan E. Boline, Judicial Assistant

Dated: September     5    , 2006


    It is ORDERED that Defendant And Counterclaimant's Motion For Leave To File Response . . . (Doc. No. 30) is granted, over objection.  It is

    FURTHER ORDERED that the Clerk shall file Defendant And Counterclaimant's Response . . . , submitted as Attachment No. 2 to Doc. No. 30.