IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01178-ZLW-BNB

NEWMONT U.S.A. LIMITED, f/k/a NEWMONT MINING CORPORATION, and
N.I. LIMITED,

Plaintiffs,

v.

INSURANCE COMPANY OF NORTH AMERICA,

Defendant.

_____

**ORDER**
_____

This matter is before me on the **Defendant and Counterclaimant's Unopposed Second Motion to Vacate Scheduling Conference and Related Deadlines** [Doc. # 35, filed 10/5/2006] (the "Motion").

In view of the Order [Doc. # 33, filed 9/21/2006] entered by the district judge staying proceedings and compelling arbitration,

IT IS ORDERED that the Motion is GRANTED. The scheduling conference set for **October 27, 2006, at 8:30 a.m.**, and all related deadlines are VACATED.

Dated October 6, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

1