IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-CV-01178 ZLW-BNB

NEWMONT U.S.A., LIMITED, f/k/a NEWMONT MINING CORPORATION, and
N.I. LIMITED,

    Plaintiffs/Counter-claim Defendants,

v.

INSURANCE COMPANY OF NORTH AMERICA,

    Defendant/Counter-Claimant.

_____

**PLAINTIFFS' UNOPPOSED MOTION FOR TELEPHONIC STATUS CONFERENCE**
_____

    Plaintiffs, NEWMONT U.S.A., LIMITED, f/k/a NEWMONT MINING CORPORATION, and N.I. LIMITED, by their undersigned counsel, submit this motion seeking a telephonic status conference and, in support thereof, respectfully allege as follows:

    1.    By Order dated September 20, 2006, this Court (i) granted the July 5, 2006 Defendant And Counter-Claimant's Motion To Stay And Compel Arbitration; (ii) denied Plaintiffs' Cross-Motion For Determination Of Court's Authority To Adjudicate Plaintiffs' Claims And To Stay Arbitration; and (iii) held that certain releases, asserted by plaintiffs, Newmont U.S.A., Limited, f/k/a Newmont Mining Corporation ("Newmont") and N.I. Limited ("NIL") to be defenses to claims asserted by INA (the "Release Issue") have no application to INA's claims herein and do not constitute valid defenses thereto.

    2.    Pursuant to the September 20, 2006 order, the aforesaid arbitration was conducted, and resulted, after discovery and hearings held on December 18 and 19, 2007 in New

York City, in a Final Award by the arbitrators, dated December 21, 2007, a copy of which was submitted herein with the parties' February 1, 2008 Joint Status Report.

3. The Final Award by the arbitrators in favor of INA is in the amounts of $461,782.24 for Pinal Creek site claims under the 1982-1985 Reinsurance Agreements, $258,701.34 in compounded interest at the rate of 1.5% per month to January 18, 2008, and $556,893.15 in attorneys' fees and costs incurred in attempting to collect amounts due under the Reinsurance Agreements amounting in all to $1,277,376.70. Said Final Award by the arbitrators also dismissed NIL's claim against INA for reimbursement of the sum of $439,640.26, the amount of a September, 2002 drawdown by INA against a letter of credit provided under the Reinsurance Agreements by NIL.

4. By reason of the forgoing, all of the parties' claims asserted herein have been resolved and the action is ripe for the entry of a final judgment.

5. Plaintiffs intend to appeal from the judgment to be entered herein, and to stay execution thereof by posting a bond or other court-approved security under FRCP Rule 62.

6. If this Court has no objection, a telephonic status conference would be appreciated because there are no open issues requiring resolution by the Court and lead counsel for all plaintiffs and defendants are located in New York City.

7. Accordingly, Plaintiffs, reserving their rights in all respects, including, without limitation, their right to appeal from this Court's September 20, 2006 order, and from the judgment to be entered herein, respectfully request that the Court convene a telephonic status conference for the purpose of considering entry of an appropriate order for final judgment, recognizing that all claims asserted herein have been fully and finally resolved, that except for entering final judgment herein, there is nothing further for this Court to resolve in this action.

8. Plaintiffs have conferred with counsel for defendant INA, and sought its consent to a proposed judgment. The parties have been unable to agree on a form of order for judgment despite substantial and prolonged efforts to do so. INA's counsel has indicated they do not object to this request for a conference.

Dated: February 19, 2008.

Respectfully submitted,

TEMKIN WIEGLA HARDT & LONGENECKER LLP

*s/ Nathan M. Longenecker*
Nathan Longenecker, #24667
1900 Wazee Street, Suite 303
Denver, CO 80202
303-292-4922
Fax: 303-292-4921
longenecker@twhlaw.com

TOFEL & PARTNERS, LLP

*s/ Robert L. Tofel*
Robert L. Tofel, #2775
800 Third Avenue
New York, NY 10022
(212) 752-0007
Fax: 212-752-8881
rltofel@tofellaw.com

*Attorneys for Plaintiffs and Counterclaim Defendants*

4

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of February, 2008, a true copy of **PLAINTIFFS' UNOPPOSED MOTION FOR TELEPHONIC STATUS CONFERENCE** was served using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Andrew D. Ringel, Esq.
Gilliam Dale, Esq.
HALL & EVANS, L.L.C.
1125 17th Street, Suite 600
Denver, CO 80202-2052
303-628-3300
Fax: 303-293-3238
ringela@hallevans.com
daleg@hallevans.com

Matthew J. Lasky, Esq.
Lloyd A. Gura, Esq.
MOUND COTTON WOLLAN & GREENGRASS
One Battery Park Plaza
New York, NY 10004
212-804-4200
Fax: 212-344-8066
mlasky@moundcotton.com
lgura@moundcotton.com

*s/ Eileen M. Fisk*