IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01178-ZLW-BNB

NEWMONT U.S.A. LIMITED, f/k/a NEWMONT MINING CORPORATION, and
N.I. LIMITED,

Plaintiffs,

v.

INSURANCE COMPANY OF NORTH AMERICA,

Defendant.
_____

**ORDER**
_____

This matter is before me on **Plaintiffs' Unopposed Motion for Telephonic Status Conference** [Doc. # 48, filed 2/19/2007] (the "Motion"). The Motion reports that the arbitration has been completed; a final arbitration award has been entered in favor of INA in the amount of $1,277,376.70; all claims in the arbitration have been resolved; and "the action is ripe for the entry of a final judgment." Motion at ¶¶3-4. "The parties have been unable to agree on a form of order for judgment despite substantial and prolonged efforts to do so," however. Id. at ¶8. The plaintiffs request a telephonic status conference, although the purpose of the conference is not clear from the Motion.

IT IS ORDERED that the Motion is GRANTED as follows:

(1) A status conference is set for **March 10, 2008, at 9:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. Mr. Longenecker, local counsel for the plaintiffs, and Mr. Ringel, local counsel for the defendant,

shall appear at the status conference in person. Out of state counsel for the parties may appear by telephone by contacting the court at 303-844-6408. In order to appear by telephone, counsel for the plaintiffs shall initiate a conference call, join all parties attending by telephone to the conference call, and then contact the court; and

(2) The parties shall submit their preferred forms of judgment to the court on or before **March 5, 2008**.

Dated February 29, 2008.

                                                  BY THE COURT:

                                                  s/ Boyd N. Boland
                                                  United States Magistrate Judge