IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01178-ZLW-BNB

NEWMONT U.S.A. LIMITED, f/k/a NEWMONT MINING CORPORATION, and
N.I. LIMITED,

Plaintiffs,

v.

INSURANCE COMPANY OF NORTH AMERICA,

Defendant.
_____

**ORDER**
_____

This matter arises in connection with my status conference with the parties which occurred this morning. Consistent with the matters discussed:

IT IS ORDERED that the a conference to attempt to negotiate a resolution of the issues necessary for the entry of a judgment is set for **April 8, 2008, at 1:00 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. Counsel and client representatives with full authority to resolve the disputed issues must be present at the conference in person. The parties shall submit confidential statements to my office, on or before **April 1, 2008**, in anticipation of the conference.

Dated March 10, 2008.

BY THE COURT:

  s/ Boyd N. Boland
United States Magistrate Judge