IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| **Civil Action No.** 06-cv-01178-ZLW-BNB | FTR BNB COURTROOM A-401 |
| **Date:** March 10, 2008 | Geneva D. Mattei, Deputy Clerk |

| | |
|---|---|
| NEWMONT USA LIMITED,<br>(Actually named as: Newmont U.S.A., Limited:)<br>formerly known as<br>Newmont Mining Corporation<br>N.I. LIMITED, | Nathan Longenecker<br>Robert Tofel by telephone<br>Mark Lopeman by telephone |
| Plaintiffs, | |
| v. | |
| INSURANCE COMPANY OF NORTH AMERICA, | Andrew Ringel<br>Lloyd Gura by telephone<br>Matthew Lasky by telephone |
| ED (I) TAUER,<br>individually<br>BERNIE (I) ZIMMER,<br>Individually<br>RANDY (I) PYE,<br>Individually | |
| Defendants. | |

## COURTROOM MINUTES

**STATUS CONFERENCE**

Court in Session:     9:03 a.m.

Court calls case.

Appearance by counsel.

Court questions the counsel regarding the status of the case.

Counsel informs the Court..

**ORDERED:   A Conference is set for April 8, 2008 at 1:30 p.m.**
**                    Confidential letters due on or before April 1, 2008.**

Court in Recess:        9:39 a.m.        Hearing concluded.

Total time in Court:    00:36


* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.