IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01178-ZLW-BNB

NEWMONT U.S.A. LIMITED, f/k/a NEWMONT MINING CORPORATION, and
N.I. LIMITED,

Plaintiffs,

v.

INSURANCE COMPANY OF NORTH AMERICA,

Defendant.
_____

**ORDER**
_____

By an order entered on March 10, 2008, I set a conference to attempt to negotiate a resolution of the issues necessary for the entry of a judgment in this case. Subsequently, on May 2, 2008, the defendant filed a motion to vacate that conference stating that "the scheduled conference . . . will not result in a resolution of the issues between the parties and it is therefore not worth the time and expense for out-of-state counsel and out-of-state client representatives to attend and participate in such a conference." Motion to Vacate [Doc. # 59] at p.2. The plaintiffs took no position with respect to the Motion to Vacate, and I denied it "pending review of the confidential statements due to be provided by May 8, 2008." Minute Order [Doc. # 63, filed 5/5/2008].

The confidential statements have been received, and I have reviewed them. The defendant continues in its view that settlement is highly unlikely, and the plaintiffs report that "the prospects for such settlement are so poor as to be virtually nonexistent." All parties promise, nonetheless, to attend the conference and participate in good faith. The possibilities of

settlement appear to be diminished primarily by the plaintiffs' desire to appeal an underlying decision made early in the case that certain releases do not apply to bar the defendant's counterclaims. As a result of the parties' positions and the status of the case, I have concluded that the conference set for May 15, 2008, would be a waste of time and resources.

IT IS ORDERED that the conference to attempt to negotiate a resolution of the issues necessary for the entry of a judgment set for May 15, 2008, is VACATED, to be reset at the request of the parties.

Dated May 8, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge