IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 06-cv-01178-ZLW-BNB

NEWMONT U.S.A. LIMITED, f/k/a NEWMONT MINING CORPORATION, and
N.I. LIMITED,

    Plaintiffs and Counterclaim Defendants,

v.

INSURANCE COMPANY OF NORTH AMERICA,

    Defendant and Counterclaimant.

---

ORDER

---

The matter before the Court is Newmont's Unopposed Motion For Approval Of Supersedeas Bond And For Stay Of Execution Of Judgment Pending Appeal (Doc. No. 75). It is

ORDERED that Newmont's Unopposed Motion For Approval Of Supersedeas Bond And For Stay Of Execution Of Judgment Pending Appeal (Doc. No. 75; Sep. 26, 2008) is granted. It is

FURTHER ORDERED that the Court approves the supersedeas bond attached to the Motion (Doc. No. 75-2). It is

FURTHER ORDERED that, pursuant to Fed. R. Civ. P. 62(d), approval of the superseadas bond stays execution of the Court's Final Judgment (Doc. No. 71; Sep. 19, 2008), pending appeal of this matter.

DATED at Denver, Colorado, this  1st  day of October, 2008.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court