IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 06-cv-01178-ZLW-BNB

NEWMONT U.S.A. LIMITED, f/k/a NEWMONT MINING CORPORATION, and
N.I. LIMITED,

    Plaintiffs and Counterclaim Defendants,

v.

INSURANCE COMPANY OF NORTH AMERICA,

    Defendant and Counterclaimant.

---

ORDER

---

This matter is before the Court on remand from the United States Court of Appeals for the Tenth Circuit.[1] On August 11, 2010, the Tenth Circuit affirmed in part and reversed in part this Court's Order dated September 19, 2008.[2]

For the reasons given in the Tenth Circuit's opinion, this Court's September 19, 2008 Order is altered as follows. It is

ORDERED that INA is awarded interest on the outstanding balance as defined by the Reinsurance Agreements at the rate of 1.5% per month from January 19, 2008 up to and including September 18, 2008. It is

---

[1]Mandate (Doc. No. 92; Sep. 2, 2010).

[2]Newmont U.S.A. Ltd. v. Ins. Co. Of N. Am., ___ P.3d ___ (10th Cir. 2010) (docketed as Doc. No. 91).

FURTHER ORDERED that post-judgment interest shall accrue on the judgment at the rate of rate of 1.5% per month including and after September 19, 2008. It is

FURTHER ORDERED that an Amended Judgment shall be issued.

DATED at Denver, Colorado, this 8th day of September, 2010.

BY THE COURT:

_____
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court